

THE SESSIONS FIRM

SESSIONS
FISHMAN
NATHAN&
ISRAEL L.L.C.
ATTORNEYS AT LAW

WHITNEY L. WHITE
Direct: (214) 741-3017
wwhite@sessions-law.biz

December 4, 2013

**_Via CM/ECF_**
United States District Court
Attn: Clerk
75 Spring Street, SW
2211 U.S. Courthouse
Atlanta, GA 30303-3361

      Re:    Cause No. 1:13-cv-03042-JEC; _Ken Joseph v. NCO Financial Systems, Inc._; in the United States District Court for the Northern District of Georgia

Dear Clerk,

    Please be advised I will be on vacation from December 23, 2013 through January 1, 2014.  In accordance with the local rules, please do not schedule a hearing, trial, deposition, or any other deadline in this case during these dates.

    Please contact me with any questions or concerns.

              Sincerely,

              Whitney L. White

WLW:km

cc:    Ken Joseph – **_Via U.S. Mail_**
       Wendi E. Fassbender – **_Via CM/ECF_**